✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

JUL 2 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>              Plaintiff, )<br>    )<br>    v. )<br>    )<br>EHAB LEONE, )<br>    )<br>              Defendant. ) | 2:10-CR-365-JCM (PAL) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on July 22, 2011, defendant EHAB LEONE pled guilty to Count One of a Two-Count Criminal Indictment charging him in Count One with Conspiracy to Distribute Cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

This Court finds defendant EHAB LEONE agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment. Docket #16.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant EHAB LEONE pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c):

1  a) $171,600 in United States currency;

2  b) a 2008 black Chevy Suburban bearing Nevada license plate: YODADDY, VIN:
3     1GNFC16008R143172;

4  c) a Glock model 23, .40 caliber semi-automatic handgun bearing serial number
5     KFF109;

6  d) a Sig Saur model P229, .40 caliber semi-automatic handgun bearing serial number
7     AG23046; and

8  e) any and all ammunition ("property").

9  This Court finds the United States of America is now entitled to, and should, reduce the
10 aforementioned property to the possession of the United States of America.

11 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
12 United States of America should seize the aforementioned property.

13 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
14 EHAB LEONE in the aforementioned property is forfeited and is vested in the United States of
15 America and shall be safely held by the United States of America until further order of the Court.

16 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
17 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
18 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
19 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
20 the name and contact information for the government attorney to be served with the petition,
21 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

22 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
23 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

24 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
25 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
26 following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Nevada Bar Number1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _____ day of July _____, 2011.

_____
UNITED STATES DISTRICT JUDGE