FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 24 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-365-JCM (PAL) |
| EHAB LEONE, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On July 25, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and 852(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2641(c); and Title 18, United States Code, Sections 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant EHAB LEONE to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant EHAB LEONE pled guilty. Docket #16, #107.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 29, 2011, through August 27, 2011, notifying all third parties of their right to petition the Court. #115.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 21, United States Code, Sections 853(a)(1) and 852(a)(2); Title 21, United States
9  Code, Section 881(a)(11) and Title 28, United States Code, Section 2641(c); Title 18, United States
10 Code, Sections 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and
11 Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

12  a)  $171,600 in United States Currency;
13  b)  a 2008 Black Chevy Suburban bearing Nevada license plate: YODADY, VIN:
14      1GNFC16008R143172;
15  c)  a Glock model 23, .40 caliber semi-automatic handgun bearing serial number KFF109;
16  d)  a Sig Sauer model P229, .40 caliber semi-automatic handgun bearing serial number
17      AG23046; and
18  e)  any and all ammunition.

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
20 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
21 as any income derived as a result of the United States of America's management of any property
22 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
23 according to law.

24  . . .
25  . . .
26  . . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this _____ day of ____Feb.____, 2012.

_____
UNITED STATES DISTRICT JUDGE