# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-365 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| BASIL DANIEL, | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Daniel et al*, case no. 2:10-cr-00365-JCM-PAL.

The plea memorandum as to defendant Ehab Leone is currently sealed. (ECF No. 105). However, the Ninth Circuit has observed that plea agreements have typically been open to the public. *Oregonian Publishing Co. v. United States Dist. Court*, 920 F.2d 1462, 1465 (9th Cir. 1990). Indeed, in many respects, the plea agreement takes the place of the criminal trial, for which there exists a First Amendment right of access. *Id.* (citing *Brady v. United States*, 397 U.S. 742, 752 (1970)).

Accordingly, the court hereby unseals the plea memorandum as to defendant Ehab Leone. (ECF No. 105).

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     Accordingly,

2     IT IS ORDERED THAT the clerk shall unseal the plea memorandum in this matter as to defendant Ehab Leone. (ECF No. 105).

4     IT IS SO ORDERED.

5     DATED March 7, 2019.

                                                        */s/ James C. Mahan*
                                        UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -